No. 52, Misc. TILLETT *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 75, Misc. SMITH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. Petitioner *pro se. William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

No. 107, Misc. DRAPER ET AL. *v.* WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied. Petitioners *pro se. George A. Kain* for respondents.

No. 124, Misc. DAVIS *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Robert R. Granucci* and *Charles W. Rumph,* Deputy Attorneys General, for respondents.

No. 211, Misc. SYVERSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 233, Misc. ROBINS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *William E. Gray* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips, T. B. Wright, Howard M. Fender* and *Gilbert J. Pena,* Assistant Attorneys General, for respondent.

No. 255, Misc. WILLIAMS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. Petitioner *pro se. George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.